UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONELL HATCHER,

    Petitioner,

v.

WARDEN LOMPOC,

    Respondent.

Case No. 15-cv-00375-HSG (PR)

**JUDGMENT**

Pursuant to the order of dismissal, a judgment of dismissal is entered against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/20/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge